IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ARTHUR LEE POWELL | § | |
| | § | |
| VS. | § | C.A. NO. C-06-224 |
| | § | |
| NATHANIEL QUARTERMAN | § | |

# **FINAL JUDGMENT**

Pursuant to this Court's order granting summary judgment in favor of respondent, petitioner Arthur Lee Powell's § 2254 petition for habeas corpus relief is denied and dismissed. This is a final judgment.

Signed this 20th day of April, 2009.

_____
Janis Graham Jack
United States District Judge